UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00242 |
| | ) | JUDGE CAMPBELL |
| QUINTON ROATH | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 316) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on September 22, 2014, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE