UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00242 |
| | ) | JUDGE CAMPBELL |
| QUINTON ROATH | ) | |

## ORDER

Pending before the Court is a Motion to Continue Supervised Release Violation Hearing (Docket No. 326). The Motion is GRANTED.

The hearing on the Petition (Docket No. 316) alleging violations of Defendant's Conditions of Supervision is CONTINUED to November 7, 2014, at 1:00 p.m.

The Government shall file a response to the Defendant's Motion to Compel (Docket No. 325) by September 29, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE